IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-141-GCM

| | |
|---|---|
| **CHARLOTTE PIPE AND FOUNDRY CO.,** | ) )  ) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING** |
|  | ) **ADMISSION PRO HAC VICE** |
| **J.P. DONMOYER, INC.,** | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **William Charles Ferrell, Jr.** to appear *Pro Hac Vice*, dated August 10, 2009 [doc #7].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Ferrell has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: August 13, 2009

Graham C. Mullen
United States District Judge