IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-00141-GCM

| | |
|---|---|
| Charlotte Pipe and Foundry Co., )<br>)<br>**Plaintiff(s),** )<br>)<br>vs. )<br>)<br>J.P. Donmoyer, Inc. )<br>)<br>**Defendant(s).** )<br>_____) | ORDER |

    This matter is before the court based upon the Certification and Report of the F.R.C.P. 26(f) Conference and Discovery Plan filed on November 18, 2009. As the parties cannot agree on a plan of discovery, the Court will conduct a conference to resolve the matter and establish a discovery schedule.

    IT IS THEREFORE ORDERED that the parties appear before the Court on January 6, 2010 at 10:30 A.M. in Courtroom 3 of the Charles R. Jonas Federal Building at 401 W. Trade Street, Charlotte, NC 28202 for the conduct of such conference.

    So ordered.

Signed: December 4, 2009

Graham C. Mullen
United States District Judge